239 So.2d 168

**STATE of Louisiana**

**v.**

**Donald J. MILLER.**

**No. 50697.**

Sept. 21, 1970.

Writ refused. We find no error to warrant the exercise of our supervisory jurisdiction.